FILED
08 MAY 14 PM 3:06
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ECL    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand  08-CR 1550  WQH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. _____ |
| Plaintiff, | I N D I C T M E N T |
| v. | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| ALEJANDRO ISRAEL VILLA-ANQUIANO, | |
| Defendant. | |

The grand jury charges:

On or about May 4, 2008, within the Southern District of California, defendant ALEJANDRO ISRAEL VILLA-ANQUIANO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

JDM:fer:San Diego
5/12/08

It is further alleged that defendant ALEJANDRO ISRAEL VILLA-ANQUIANO was removed from the United States subsequent to October 26, 1993.

DATED: May 14, 2008.

A TRUE BILL:

/s/ Foreperson

KAREN P. HEWITT
United States Attorney

By: /s/ J. P. M.
JAMES P. MELENDRES
Assistant U.S. Attorney