1  KAREN P. HEWITT
   United States Attorney
2  JEFFREY D. MOORE
   Assistant United States Attorney
3  California State Bar No. 240595
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7171
   Facsimile:  (619) 235-2757
6  Email: Jeffrey.Moore@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8

9

10                    UNITED STATES DISTRICT COURT

11                  SOUTHERN DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,          )    Criminal Case No. 08CR1550 WQH
                                       )
13                    Plaintiff,       )
                                       )
14            v.                       )    **NOTICE OF APPEARANCE**
                                       )
15                                     )
    ALEJANDRO ISRAEL                   )
16        VILLA-ANQUIANO,              )
                                       )
17                    Defendant.       )

18  _____

19  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

20      I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

21  above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice

22  under CivLR 83.3.c.3-4.

23      The following government attorneys (who are admitted to practice in this court or authorized

24  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

25  counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

26  activity in this case:

27      <u>Name</u>

28      None

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None


Please call me at the above-listed number if you have any questions about this notice.

DATED: May 22, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ Jeff Moore

JEFFREY D. MOORE
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1550 WQH |
| Plaintiff, | ) | |
| v. | ) | |
| ALEJANDRO ISRAEL VILLA-ANQUIANO, | ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Jeffrey D. Moore, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated May 22, 2008, and this Certificate of Service, dated May 22, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Gregory Murphy**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101
(619)234-8467
Email: gregory_murphy@fd.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2008.

/s/ *Jeff Moore*
JEFFREY D. MOORE
Assistant United States Attorney