KAREN P. HEWITT
United States Attorney
JEFFREY D. MOORE
Assistant U.S. Attorney
California Bar. No. 240595
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7171
Fax: (619) 557-6741

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1550 WQH |
| Plaintiff, ) | DATE: June 30, 2008 |
| ) | TIME: 2:00 p.m. |
| v. ) | COURTROOM: 4 |
| ) | Honorable William Q. Hayes |
| ) | UNITED STATES' MOTION FOR: |
| ALEJANDRO ISRAEL VILLA-ANQUIANO ) | (1) FINGERPRINT EXEMPLARS |
| Defendant. ) | TOGETHER WITH MEMORANDUM OF POINTS AND AUTHORITIES |

COMES NOW the plaintiff, the UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Jeffrey D. Moore, Assistant United States Attorney, and hereby files its Motion for Fingerprint Exemplars. These Motions are based upon the files and records of the case together with the attached memorandum of points and authorities.

**I**

**STATEMENT OF THE CASE**

On May 14, 2008, a grand jury returned a one-count indictment charging Alejandro Isreal Villa-Anquiano ("defendant") with being a deported alien found in the United States, in violation of Title 8 U.S.C. § 1326. On May 20, 2008, defendant was arraigned on the Indictment and entered a plea of not guilty. The Court scheduled a motion hearing date for June 30, 2008.

//

## II

## THE UNITED STATES' MOTION FOR
## FINGERPRINT EXEMPLARS SHOULD BE GRANTED

Part of the United States' burden of proof in this case is to satisfy the jury that Defendant was an alien, previously deported, and without permission to reenter the United States. To make that showing, the United States may call an expert in fingerprint identification to match Defendant's fingerprints to relevant evidence. The most efficient and conclusive manner of establishing this information is to permit the expert witness himself to take a set of Defendant's fingerprints for comparison.

A defendant's fingerprints are not testimonial evidence. See Schmerber v. California, 384 U.S. 757 (1966). Using identifying physical characteristics, such as fingerprints, does not violate a defendant's Fifth Amendment right against self-incrimination. United States v. DePalma, 414 F.2d 394, 397 (9th Cir. 1969); Woods v. United States, 397 F.2d 156 (9th Cir. 1968); see also United States v. St. Onge, 676 F. Supp. 1041, 1043 (D. Mont. 1987). The United States therefore requests that this Court order that Defendant make himself available for fingerprinting by the United States.

## III

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that the Court grant its motion for fingerprint exemplars.

DATED: June 20, 2008                    Respectfully submitted,

                                        KAREN P. HEWITT
                                        United States Attorney


                                        *s/ Jeff Moore*
                                        JEFFREY D. MOORE
                                        Assistant United States Attorney
                                        Attorneys for Plaintiff
                                        United States of America

|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.   08cr1550 WQH |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| ALEJANDRO ISRAEL VILLA-ANQUIANO, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, JEFFREY D. MOORE, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of United States' Motion for fingerprint exemplars, together with memorandum of points and authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Gregory T. Murphy, Esq.
   Attorney for Defendant

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 20, 2008.

*s/ Jeff Moore*
JEFFREY D. MOORE