1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5030
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: Gregory_Murphy@fd.org

5  Attorneys for Mr. Villa-Anquiano

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

                    **(HONORABLE WILLIAM Q. HAYES)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1406-WQH |
| Plaintiff, | ) ) | DATE: August 11, 2008<br>TIME: 2:00 p.m. |
| v. | ) ) | NOTICE OF MOTION AND <u>UNOPPOSED</u> |
| ALEJANDRO VILLA-ANQUIANO | ) ) | MOTION TO: |
| Defendant. | ) ) ) | (1) CONTINUE MOTION HEARING/TRIAL SETTING DATE |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
      JEFFREY MOORE, ASSISTANT UNITED STATES ATTORNEY:

   PLEASE TAKE NOTICE that, on August 11, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, ALEJANDRO VILLA-ANQUIANO, by and through his attorneys, Gregory T. Murphy, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motion.

///
///
///
///

# MOTIONS

Defendant, Mr. Alejandro Villa-Anquiano, by and through his attorneys, Gregory T. Murphy, and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)    Continue the Motion Hearing/Trial Setting date.

This motion is based upon the instant motion and notice of motion, the attached declaration of Gregory T. Murphy, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions. The Assistant United States Attorney does not oppose the motion.

Respectfully submitted,

DATED:    July 25, 2008    /s/ *Gregory T. Murphy*
**Gregory T. Murphy**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Alejandro Villa-Anquiano
gregory_murphy@fd.org

**GREGORY T. MURPHY**
California State Bar No. 245505
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Villa-Anquiano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1406-WQH |
| ) | |
| Plaintiff, ) | **DECLARATION OF GREGORY T.** |
| v. ) | **MURPHY** |
| ) | |
| ALEJANDRO VILLA-ANQUIANO ) | |
| Defendant. ) | |

I, Gregory T. Murphy, declare as follows:

1. I am an attorney assigned to represent Mr. Alejandro Israel Villa-Anquiano in his pending prosecution for illegal reentry. I am fully familiar with the facts of this case.

2. On June 30, 2008, the Court continued Mr. Villa-Anquiano's motion hearing to August 11, 2008 in order to permit defense counsel the opportunity to review discovery still outstanding and to file a motion collaterally attacking Mr. Villa-Anquiano's deportation. The Court ordered defense counsel to file any further motions by July 28, 2008, and ordered the government to file any response by August 4, 2008.

3. Shortly after that hearing, the government produced the audio recording of Mr. Villa-Anquiano's deportation proceeding. Based on that recording, defense counsel believes Mr. Villa-Anquiano has meritorious grounds to challenge his deportation. Specifically, it appears that Mr. Villa-Anquiano was deprived his right to counsel and misadvised that he was not eligible for relief.

4. Although defense counsel has worked hard to prepare these motions, circumstances have intervened to make compliance with the Court's order difficult or impossible. In particular, defense counsel was compelled to leave the district to attend to a family medical emergency. As a result, defense counsel began substantive work on this motion approximately a week later than planned. Additionally, Mr. Villa-Anquiano's family has encountered unanticipated difficulty tracking down corroborating documents from the period before his 1997 deportation.

5. Defense counsel believes a continuance of one week, or of any longer period convenient to the Court and the government, will permit counsel to better address the numerous and complicated issues in Mr. Villa-Anquiano's motions. A short continuance will also permit Mr. Villa-Anquiano to more fully support his motions with corroborating documents obtained from his family.

6. Defense counsel has worked diligently to investigate Mr. Villa-Anquiano's case and prepare for trial. Defense counsel believes (a) that the failure to grant a continuance in this case will deny the parties the reasonable time necessary for effective preparation for trial and other pretrial proceedings, taking into account the exercise of due diligence; (b) the ends of justice served by granting this continuance outweigh the interests of the public and Mr. Villa-Anquiano in a speedier trial; and (c) that failure to grant a continuance will likely result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(H)(8)(A).

7. On July 25, 2008, defense counsel contacted Assistant United States Attorney Jeffrey Moore to determine his position with respect to this request for a continuance. Mr. Moore does not oppose this request for a continuance.

8. The earliest date by which defense counsel could fully brief the issues in this case is August 4, 2008. Accordingly, counsel asks the Court to continue Mr. Villa-Anquiano's motion hearing and trial setting hearing, now set for August 11, 2008, to August 18, 2008 or any later time convenient to the Court and government.

///
///
///
///

1   I, Gregory Murphy, declare that the above is true and correct to the best of my knowledge. Signed
2   in San Diego, California on July 25, 2008.

3                                                       /s/ Gregory T. Murphy
                                                         GREGORY T. MURPHY
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|   |   |   |   |
|---|---|---|---|
| 1 | **GREGORY T. MURPHY** <br> California State Bar No. 245505 | | |
| 2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.** <br> 225 Broadway, Suite 900 | | |
| 3 | San Diego, CA 92101-5008 <br> (619) 234-8467/Fax: (619) 687-2666 | | |
| 4 | E-Mail: gregory_murphy@fd.org | | |
| 5 | Attorneys for Alejandro Israel Villa-Anquiano | | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1550-WQH |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| ALEJANDRO ISRAEL VILLA-ANQUIANO, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Jeffrey David Moore
Jeffrey.Moore@usdoj.gov,debra.huntley@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:     July 25, 2008              /s/ Gregory T. Murphy
                                      **GREGORY T. MURPHY**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Alejandro Israel Villa-Anquiano