1 | **GREGORY T. MURPHY**
California State Bar No. 245505
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: gregory_murphy@fd.org

5 | Attorneys for Alejandro Israel Villa-Anquiano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR1550-WQH |
|---|---|---|
| Plaintiff, | ) | DATE:  March 11, 2008 |
| | ) | TIME:  9:00 a.m. |
| v. | ) | |
| | ) | **MOTION FOR ORDER SHORTENING TIME** |
| ALEJANDRO ISRAEL VILLA-ANQUIANO, | ) | |
| Defendant. | ) | |

Defendant Alejandro Villa-Anguiano, by and through counsel, Gregory T. Murphy and Federal Defenders of San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file his Notice of Motion and Motion to Dismiss the Indictment Due to an Invalid Deportation, with exhibits. This application is based on the Fifth and Sixth Amendments to the United States Constitution and the attached declaration of counsel.

Respectfully submitted,

DATED: July 30, 2008

/s/ Gregory T. Murphy
**GREGORY T. MURPHY**
Federal Defenders of San Diego, Inc.
Attorneys for Alejandro Israel Villa-Anquiano

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Alejandro Israel Villa-Anquiano

6

7

8               UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,          )   Case No. 08CR1550-WQH
                                       )
12 |            Plaintiff,              )
                                       )
13 | v.                                 )   **CERTIFICATE OF SERVICE**
                                       )
14 | ALEJANDRO ISRAEL VILLA-ANQUIANO,   )
                                       )
15 |            Defendant.              )
   |_____ )
16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                       Jeffrey David Moore
          Jeffrey.Moore@usdoj.gov,debra.huntley@usdoj.gov,efile.dkt.gc1@usdoj.gov
20

21                                          Respectfully submitted,

22

23 DATED:     July 30, 2008               /s/ Gregory T. Murphy
                                          **GREGORY T. MURPHY**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Alejandro Israel Villa-Anquiano
25

26

27

28