## UNITED STATES v. ALEJANDRO ISRAEL VILLA-ANQUIANO
### U.S.D.C. Case No. 08CR1550-WQH

### INDEX OF EXHIBITS

Declaration of Defendant's Father, Jose Villa (Exhibit 1). . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 2
Declaration of Defendant's Mother, Irma Patricia Anquiano-Villa (Exhibit 2). . . . . . . . . . .   Page 4
Declaration of Defendant's Wife, Angelina Flores (Exhibit 3). . . . . . . . . . . . . . . . . . . . . .   Page 6
Birth Certificate of Alejandro Israel Villa, Jr. (Exhibit 4). . . . . . . . . . . . . . . . . . . . . . . . . .   Page 8
Defendant's Lawful Permanent Resident Card (Exhibit 5). . . . . . . . . . . . . . . . . . . . . . . .   Page 10
Plea of Guilty/No Contest (Exhibit 6). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 12
Order to Show Cause (Exhibit 7). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 14
Transcript of Immigration Proceedings (Exhibit 8). . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 18
Photos of Mr. Villa-Anquiano with Family (Exhibit 9). . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 31
Copy of Irma Villa-Anquiano's United States Passport (Exhibit 10). . . . . . . . . . . . . . . . .   Page 39
Marriage Certificate (Exhibit 11). . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 41
Birth Certificates for the Children of Mr. Villa-Anquiano & Ms. Flores (Exhibit 12). . . .   Page 43
Letter from Dr. Lopez Describing Ms. Anquiano's Medical Condition (Exhibit 13). . . . .   Page 49

# EXHIBIT 1

I, Jose Manuel Villa, declare as follows:

1.  I am the father of Alejandro Israel Villa-Anguiano, the defendant in this case. I am submitting this declaration in support of his motion to dismiss the indictment due to an invalid deportation.

2.  I was born in Mexico, but am now a naturalized United States citizen. I have lived in the United States since 1967 and attended high school in San Bernadino, California. In 1970, I married my wife, Irma Anguiano in Tijuana, California. She came to the United States with my son, Alejandro, in 1975, when Alejandro was only one year old. Apart from his time in custody, my son has lived with us ever since.

3.  My son has been my right hand man at work since he was a teenager. He provided mechanical service to my vehicles, performing the oil changes, brake work, and tune ups. Additionally, I used to sell used tools and antiques at the swap meet in San Diego. My son helped me with that job also. Finally, I supplemented our family's income with side jobs as a handyman. I could not have done these without Alejandro's assistance.

4.  Alejandro also helped my wife a great deal. Beginning in about 1995, she began to suffer from a number of medical issues, including a serious anxiety disorder. Our visits with Alejandro were one of the few things that really helped her. She would have suffered extremely if he had been totally absent.

5.  My son Alejandro has continued to provide economic and non-economic support over the last decade. We live with him, his wife and four children. Because I have suffered from high blood pressure, anxiety, depression, and panic attacks since 1985, I rely on my son to help support our family. His presence over the last decade has been absolutely essential to our family.

I, Jose Manuel Villa, declare under penalty of perjury that the above is true and correct to the best of my knowledge. Signed in San Diego, California on July 30, 2008.

_Jose Manuel Villa_
Jose Manuel Villa

2

# EXHIBIT 2

3

I,Irma Patricia Anguiano-Villa, declare as follows:

1.     I am the mother of Alejandro Israel Villa-Anguiano, the defendant in this case. I am
       submitting this declaration in support of his motion to dismiss the indictment due to an
       invalid deportation.

2.     I was born in Mexico, but became a naturalized United States citizen in 1997. I entered
       the United States with my husband, Jose Villa, in 1975, when Alejandro was only one
       year old. Apart from his time in custody, my son lived with us until he was ordered
       deported in 1997. My husband, son and I became lawful permanent residents of this
       country in 1987.

3.     My son made many significant contributions to our lives before he went to prison at age
       18. My husband has his own business performing on site apartment maintenance.
       Alejandro assisted my husband with that work. Additionally, Alejandro is a skilled
       mechanic. He took responsibility, while still a teen, for any work in the business or at
       home that required a general handyman.

4.     Alejandro also helped me tremendously at home. He cared for our yard, painted the
       house, and \often prepared meals. He frequently cared for his younger brother. In fact,
       we believe he went to prison to protect his younger brother. Alejandro enlivened us all
       with his humor, compassion, and work ethic.

5.     Although Alejandro did not live with us while he was in prison, he continued to be an
       important part of our lives. We followed him everywhere he was transferred and visited
       him in every facility. While he was housed at Donovan, we visited every week.

6.     My son Alejandro provided life-saving emotional support after his arrest in 1993.
       Beginning in 1995, I began to suffer from serious medical issues, including high blood
       pressure, diabetes, fatty liver, and an anxiety disorder. My visits with my son helped me
       persevere. He never failed to make me laugh, or to communicate to me his affection for
       me. Our meetings enabled me deal with the stress of my son's absence and my own
       health issues. My health would have suffered terribly if I could not see my son.

7.     My son Alejandro has continued to provide economic and non-economic support over the
       last decade. We live with him, his wife and four children. He has resumed his work with
       my husband performing apartment maintenance, a business that certainly would have
       gone under if he had not been there to support my husband's efforts. His financial
       contributions to our home and our family business, as well as his care for my
       grandchildren have been absolutely necessary to our wellbeing over the past decade.

I, Irma Patricia Anguiano-Villa, declare under penalty of perjury that the above is true and correct
to the best of my knowledge. Signed in San Diego, California on July 30, 2008.

_Irma P. Anguiano Villa_



# EXHIBIT 3

I, Angelina Louise Flores-Villa, declare as follows:

1.     I am the wife of Alejandro Israel Villa-Anguiano, the defendant in this case. I am
       submitting this declaration in support of his motion to dismiss the indictment due to an
       invalid deportation.

2.     I was born in San Diego, California and am a United States citizen. Alejandro and I have
       three biological children. Additionally, he has raised my oldest son, who has no real
       contact with his biological father. I also have helped raise Alejandro's oldest son, who
       lives with us on weekends and during vacations.

3.     I met Alejandro when we were both attending National City Junior High School. He was
       a year ahead of me in middle school. We grew close during high school, and remained
       close after he was sent to prison. Our twins were born in January 1999. We married in
       April 2004.

4.     Alejandro contributes to my life in more ways than I can count. He helps me pay the rent,
       repairs our cars, and maintains our house. Alejandro does most of the cooking, and some
       of the cleaning. Most importantly, he takes care of our four children. He takes them to
       school and picks them up at the end of the day. When our children have field trips, he
       often chaperones. He has served as a role model. My husband helped coach his son in
       soccer and my oldest son in rugby and basketball. He helped teach them to avoid fights.
       Our teenage children have never had any trouble with the law. Like Alejandro and me,
       they don't use drugs, drink, or smoke cigarettes. They are dedicated students.

5.     Although we were not married at the time of my husband's deportation, I would have
       supported his request for relief. I would have married him immediately and explained to
       the judge his importance to me and my son.

I, Angelina Louise Flores-Villa, declare that the above is true and correct to the best of my
knowledge. Signed in San Diego, California on July 30, 2008.


_____
Angelina Flores-Villa

6

# EXHIBIT 4

## STATE OF CALIFORNIA
### CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO
### GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

**104-**

### CERTIFICATE OF LIVE BIRTH
### STATE OF CALIFORNIA
### USE BLACK INK ONLY

STATE FILE NUMBER · LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER · 1 9 2 3 7 0 4 2 2 0 7

| | | | |
|---|---|---|---|
| **THIS CHILD** | 1A. NAME OF CHILD—FIRST (GIVEN) Alexandro | 1B. MIDDLE Israel | 1C. LAST (FAMILY) Villa Garcia |
| | 2. SEX Male | 3A. THIS BIRTH, SINGLE, TWIN, ETC. Single | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC. — | 4A. DATE OF BIRTH—MONTH, DAY, YEAR October 15, 1992 | 4B. HOUR—24 HOUR CLOCK TIME 2159 |
| **PLACE OF BIRTH 0731** | 5A. PLACE OF BIRTH—NAME OF HOSPITAL OR FACILITY Scripps Memorial Hospital | 5B. STREET ADDRESS—STREET, NUMBER, OR LOCATION 435 "H" Street | |
| | 5C. CITY Chula Vista | 5C. COUNTY San Diego | 5E. PLANNED PLACE OF BIRTH Hospital |
| **FATHER OF CHILD** | 6A. NAME OF FATHER—FIRST (GIVEN) Alejandro | 6B. MIDDLE Israel | 6C. LAST (FAMILY) Villa | 7. STATE OF BIRTH MX | 8. DATE OF BIRTH—MONTH DAY YEAR 01-30-74 |
| **MOTHER OF CHILD** | 9A. NAME OF MOTHER—FIRST (GIVEN) Aurora | 9B. MIDDLE Lilia | 9C. LAST (FAMILY) Garcia | 10. STATE OF BIRTH CA | 11. DATE OF BIRTH—MONTH DAY YEAR 10-29-76 |
| **PARENT'S CERTIFICATION** | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. | 12A. PARENT OR OTHER INFORMANT—SIGNATURE ✗ Aurora Mar... | 12B. RELATIONSHIP TO CHILD Mother | 12C. DATE SIGNED 10/18/92 |
| **CERTIFICATION OF BIRTH** | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED | 13A. ATTENDANT OR CERTIFIER—SIGNATURE—DEGREE OR TITLE | 13B. LICENSE NUMBER C40998 | 13C. DATE SIGNED 11-02-92 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT CRISTINA YALDUA, M.D. 336 Oxford St. #105, C.V. CA | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT Raquel Yorba Birth Records Rep | |
| **LOCAL REGISTRAR** | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR—SIGNATURE Donald G. Ramos, M.D. D/C | 17. DATE ACCEPTED FOR REGISTRATION NOV 0 9 1992 |

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

February 29, 2008

Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border
displaying date, seal and signature of the Recorder/County Clerk



*002269445*



# EXHIBIT 5

9





**EXHIBIT 6**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☐ CENTRAL COURTHOUSE, 220 W BROADWAY, SAN DIEGO, CA 92101-3409
☐ NORTH COUNTY BRANCH, 325 S MELROSE VISTA, CA 92083-6627
☐ EAST COUNTY COURT, 250 E MAIN, EL CAJON, CA 92020-3913
☐ SOUTH BAY COURT, 500 THIRD, CHULA VISTA, CA 91910-5694

Court Use Only

F I L E D
KEANTH E. MARTONE
Clerk of the Superior Court

SEP 27 1993

By: SHERRY BLEVINS, Deputy

PEOPLE OF THE STATE OF CALIFORNIA          PLAINTIFF,

vs

ALEJANDRO VICCA          DEFENDANT

**PLEA OF GUILTY/NO CONTEST - FELONY**
(PC 1016, 1016.5, 1017)

CR **138217**
DA **025178**

I, the defendant in the above entitled case, in support of my motion to change my plea(s) in open Court, personally and by my attorney, declare as follows:

1. Of those charges now filed against me in this case, I plead **GUILTY (People v. West)** to the following violations: (List Crimes and Code Sections) **AL PC 192 (a) VOL MANSLAUGHTER PA & I.O. OF COUNT 1**   | AV |

1a. (If Applicable) I also admit the following enhancement(s)/prior conviction(s) with which I am charged: (List Court, Docket No. and Date of any Prior Conviction) **PC 12022 (a)(1) VICARIOUS ARMING**   | AV |

2. I have not been induced to enter the above plea by any promise or representation of any kind, except: (Briefly state any agreement with the District Attorney:) **PLEAD GUILTY to PC 192 (a) + 12022 (a)(1) STIPULATED 7 YEAR SENTENCE (MID TERM MANSLAUGHTER + 1 YEAR FOR GUN)**   | AV |

**RIGHT TO A LAWYER**

3. I understand that I have the right to be represented by a lawyer at all stages of the proceedings. I can hire my own lawyer, or the Court will appoint a lawyer for me if I cannot afford one.   | AV |

**CONSTITUTIONAL RIGHTS**

I understand that I also have the following constitutional rights, which I now give up to plead either Guilty or No Contest:

| | I understand this right | I give up this right |
|---|---|---|
| 4. The right to be tried by a jury, in a speedy, public trial. | AV | AV |
| 5. The right to confront and to cross-examine all the witnesses against me. | AV | AV |
| 6. The right to remain silent (unless I choose to testify on my own behalf). | AV | AV |
| 7. The right to present evidence and to have witnesses subpoenaed to testify in my behalf at no cost to me. | AV | AV |

**CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST**

8a. I understand that I may receive this maximum penalty as a result of my plea: **13** years in State Prison, $ **10,000** fine and **4** years parole (4./7./life), with up to one year return to prison for every parole violation. If I should receive probation (for up to five years), I understand that I may be given up to a year in local custody, plus the fine, and any other conditions deemed reasonable by the Court. I understand that if I violate any terms or conditions of probation I can be sent to State Prison for the maximum term as stated above.   | AV |

8b. My attorney has explained to me that other possible consequences of this plea may be: (Circle applicable consequences.)
(a) Consecutive sentences. (f) Blood test and saliva sample. (k) Serious felony prior / Prison prior.
(b) Loss of driving privileges (g) Registration as a narcotics offender. (l) Mandatory restitution fine ($100-$10,000).
(c) Commitment to the Youth Authority. (h) AIDS education program. (m) Priorable.
(d) Registration as an arson offender. (i) Restitution. (n) Other ___
(e) Registration as a sex offender. (j) Ineligibility for probation / presumptive prison.   | AV |

9. I understand that if I am not a citizen of the United States a plea of Guilty or No Contest could result in deportation, exclusion from admission to this country, and/or denial of naturalization.   | AV |

10. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases.   | AV |

11. I understand that I have the right to appeal the denial of my Penal Code Section 1538.5 motion (suppression of evidence motion) in this case. I give up that right.   | AV |   | AV |

SUPCT CR-12 (Rev. 7-93)          **PLEA OF GUILTY/NO CONTEST - FELONY**          Page one of two