# EXHIBIT 7

. DEPARTMENT OF JUSTICE
igration and Naturalization Service

Order to Show Cause and Notice of Hearing

# ORDER TO SHOW CAUSE AND NOTICE OF HEARING
(RDEN DE PRESENTAR MOTIVOS JUSTIFICANTES Y AVISOS DE AUDIENCIA)

Deportation Proceedings under section 242 of the Immigration and Nationality Act.
) los trámites de deportación a tenor de la sección 242 de la Ley de Inmigración y
:ionalidad.)

.ted States of America:                          File No.    A90 068 616
:tados Unidos de América:)                       (No. de registro)

                                                 Dated:      January 19, 1994
                                                 (Fechada)

the matter of            VILLA-Anquiano, Alejandro Israel          .(Respondent)
i el asunto de)                                                    (Demandado)
lress:                   c/o California Department of Corrections
irección)

.ephone No. (Area Code)  NONE
). de teléfono y código de área)

Upon inquiry conducted by the Immigration and Naturalization Service, it is alleged that:
(Según las indagaciones realizadas por el Servicio de Inmigración y Naturalización, se alega
que:)

You are not a citizen or national of the United States;
(Ud. no es ciudadano o nacional de los Estados Unidos)

You are a native of _____Mexico_____ and a citizen of _____Mexico_____ ;
(Ud. es nativo de)                    (y ciudadano de)

You entered the United States at or near San Ysidro, CA on or about February 1986 ;
(Ud. entró a los Estados Unidos en o cerca de)            (el día o hacia esa fecha)

You were not then inspected by an immigration officer;
(Ud. no fue inspeccionado entonces por un oficial de inmigración;)

On March 9, 1989, your status was adjusted to that of a permanent resident pursuant to the
Immigration and Nationality Act, as amended;
(En Marzo 9 de 1989, su condicion fue ajustada a esa de residente permanente conforme a la Ley de Inmigracion y Nacionalidad, segun enmendada;)

You were on September 27, 1993, convicted in the Superior Court of California, County of San
Diego, of the offense of VOLUNTARY MANSLAUGHTER WITH A FIREARM, to wit:  A .38 CALIBER
REVOLVER, committed on or about February 28, 1993, in violation of Section 192(a)/12022(a)(1),
a lesser included offense of violation of Section 187(a), of the California Penal Code.

(Ud. resultó convicto el 27 de Septiembre de 1993, en el Tribunal de la Corte Superior de California, Condado de San Diego, por el delito de HOMICIDO
PREMEDITADO CON UNA ARMA DE FUEGO, a saber: UN REVOLVER CALIBRE .38, comedido el dia o hacia esa fecha 28 Febrero de 1993, en violacion de la
Seccion 192(a)/12022(a)(1), una ofense menor incluida en violacion de la Seccion 187(a), del Codigo Penal de California.)

For this conviction, you were sentenced to confinement for a period of seven (7) years.
(Por este delito, Ud. fue condenado a encarcelamiento por un periodo de siete (7) años.)

1-221 (Rev. 6/12/93)N                                                         14  0011

**S. DEPARTMENT OF JUSTICE**
migration and Naturalization Service

Order to Show Cause and Notice of Hearing

|  |  |
|---|---|
| spondent VILLA-Anguiano, Alejandro Israel | Dated: January 19, 1994 (Fechada) |
| emandado) | File No: A90 068 616 (No. de registro) |

AND on the basis of the foregoing allegations, it is charged that you are subject to deportation rsuant to the following provisions of law:
(Y segun los alegatos anteriores, se le acusa de estar sujeto a deportacion de acuerdo con la(s) guiente(s) disposicion(es) de la ley:)

ction 241(a) (2) (A) (iii) of the Immigration and Nationality Act (Act), as amended, in that, any time after entry, you have been convicted of an aggravated felony as defined in Section 1(a) (43) of the Act.

*ción 241(a) (2) (iii) de la Ley de Inmigración y Nacionalidad (INA), según enmendada, en que, en algún momento después de su entrada, Ud. ha resultado convicto ina felonía agravada, según se define en la Sección 101(a) (43) de la INA.)*

ction 241(a) (2) (C) of the Immigration and Nationality Act (Act), as amended, in that, at any me after entry, you have been convicted under any law of purchasing, selling, offering for sale, changing, using, owning, possessing, or carrying in violation of any law, any weapon, part, or cessory which is a firearm or destructive device (as defined in Section 921(a) of Title 18, ited States Code).

*:ción 241 (a) (2) (C) de la Ley de Inmigración y Nacionalidad (INA), según enmendada, en que, en algún momento después de su entrada, Ud. resultó convicto según alguna le compra, venta, oferta para la venta, intercambio, uso, propiedad, posesión o portación en violación de alguna ley, de alguna arma, parte o accesorio que sea un arma uego o un aparato destructivo (según se define en la Sección 921(a) del Titulo 18, Código de los Estados Unidos).)*

WHEREFORE, YOU ARE ORDERED to appear for a hearing before an Immigration Judge of the Executive fice for Immigration Review of the United States Department of Justice at:
(POR LO CUAL, SE LE ORDENA comparecer ante un juez de inmigracion de la Oficina Ejecutiva de vision de Inmigracion del Departamento de Justicia de los Estados Unidos en:)

TO BE CALENDERED AND NOTICE PROVIDED BY THE OFFICE OF THE IMMIGRATION JUDGE.
Address:   Notice will be mailed to the address provided by the respondent.
(Direccion)  (La Oficina del juez de inmigracion enviara un aviso a la direccion facilitada
     ON:  por el demandado con la fecha de la audienca.)      At: _____ M
  (Fecha)                                                    (Hora)

i show cause why you should not be deported from the United States on the charge(s) set forth ove.
mostrar motivos justificantes por cual no deberia ser deportado de los Estados Unidos por los rgos expresados anteriormente.)

ted: January 19, 1994        Signature of Issuing Officer  _____
echada)                       (Firma de funcionario que la expide)
                                                          JACK L. FEEMSTER
:y and State of Issuance: San Diego, CA   Title of Issuing Officer:  ASSISTANT DISTRICT
iudad y Estado donde se expide) (Titulo de funcionario que expide)  DIRECTOR, INVESTIGATIONS

I-221 (Rev. 6/12/93)N                                              15  0012

| | |
|---|---|
| This Order to Show Cause shall be filed with the Immigration Judge of the Executive Office for Immigration Review at the address provided below. You must report any changes of your address or telephone number in writing to this office: | Esta Orden de Presentar Motivos Justificantes será registrada con la Oficina Ejecutiva de Revisión de Inmigración en la siguiente dirección. Debe notificar cualquier cambio de su domicilio o número de teléfono por escrito a: |

### The Office of the Immigration Judge

First National Bank Building
~~401 West "A" Street, Suite 800~~
San Diego, CA 92101

### Certificate of Translation and Oral Notice

This Order to Show Cause ☐ was  ☒ was not  read to the named alien in the ___Spanish___ language, which is his/her native language or a language which he/she understands.

_____  _____  _____
Date                 Signature            Printed Name and Title of Translator

Address of Translator (If other than INS employee) or office location and division (if INS employee)
___Translation read by alien___
(If oral notice was not provided please explain)

**Manner of Service**

☐ Personal Service to Alien
XXX
☐ Certified Mail - Return Receipt Requested
  ☒ Alien
  ☐ Counsel of Record

**Alien's Right Thumb Print**

### Certificate of Service

This Order to Show Cause was served by me at San Diego, CA on 12/18 19 96
at 10:00A m.

E. Jackson, Detention Enforcement Officer, SND/DCF

Officer's Signature    Printed Name    Title    Office

Alien's Signature (acknowledgment/receipt of this form)
(Firma de extranjero/acuse de recibo)

### Request for Prompt Hearing and Waiver of 14-Day Minimum Period
(Solicitud de audiencia inmediata y renuncia al plazo minimo de 14 dias)

To expedite determination of my case, I request an immediate hearing, and waive my right to the 14 day notice.
(Para agilizar la decisión sobre mi caso, solicito una audiencia inmediata y renuncio a mi derecho a un plazo mínimo de 14 dias.)

Signature of Respondent          Date
(Firma de demandado)             (Fecha)

16  0013

Form I-221 (Rev. 6/12/92) N                                         Page 5

# EXHIBIT 8

<u>JOSE VILLA-ANQUIANO</u>

DEPORTATION PROCEEDINGS
January 2, 1997

---

| | |
|---|---|
| COURT: | This is ()* regarding a deportation proceeding in El Centro, California, on January 2, 1997. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | You'll hear the () when your name is called in court today, say, "Present." |
| INTERPRETER: | *[Speaking Spanish.] [ROLL CALL]* . . . Alejandro Villa-Anquiano? |
| VILLA: | Present. |
| INTERPRETER: | Present. 900-68-676 . . . . |
| COURT: | If English is the language you speak and understand best, and you'd like your hearing today in English, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | Okay, that's Mr. Guerra *(sp?)*. |
| INTERPRETER: | *( )* Guerra *(sp?)*. |
| COURT: | Okay, Mr. Villa . . . . And is there anybody else who prefers English? |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | No hands raised. If Spanish is the language you speak and understand best, and you'd like the hearing today in Spanish, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | () ask the question again, because no one has responded. |
| INTERPRETER: | *[Speaking Spanish.]* |

*() = Inaudible.

1

18

| | |
|---|---|
| COURT: | If Spanish is the language you speak and understand best, and you'd like the hearing today in Spanish, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | . . .. I am going to begin today by explaining to you the purpose of this hearing. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | The immigration service charges that you should be deported from the United States. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | They say you should be deported because you are not a citizen or a national of the United States. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | And that you violated one or more of this country's immigration laws. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | The government has the burden to prove that the charge of deportation against you is true. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | Today, I will explain to you the allegations and charges in your case. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | I am going to ask you whether the allegations and charges are true. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If you admit all of the allegations and charges, it is similar to pleading guilty, and you could be deported. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If I find that the charge of deportation against you is true, . . . |

| | |
|---|---|
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | . . . either because you admit that it is true, . . . |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | . . . or because the government proves that you are guilty of the charge, . . . |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | . . . I will investigate whether there is any pardon available to you. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | . . . If there is a pardon available, you may be allowed to stay in the United States, even if you are guilty of the charge of deportation. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If there is a pardon available, I will let you know and give you an opportunity to apply. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If I find that the charge of deportation against you is not true, . . . |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | . . . I will dismiss the case against you. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If you do not understand the purpose of today's hearing, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | No hands raised. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | I am going to explain to you what your rights are in this proceeding. |

| | |
|---|---|
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | Immigration . . . strike that. You have the right to be represented by an attorney of your own choosing, at no cost to the government. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | Before today's hearing, you should have received a list of legal service programs that are available in this area to represent you at little, or no charge. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If you did not receive that list, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | No hands raised. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If you do not understand your right to legal representation, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | No hands raised. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If you have an attorney or other legal representative that is going to assist you with your immigration case, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | . . . If there is anybody else that has an attorney or other legal representative who has agreed to help them with their case, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | No hands raised. |
| INTERPRETER: | *[Speaking Spanish.]* |

21

| | |
|---|---|
| COURT: | If there is anybody else who needs additional time to try to find legal representation to assist them with their case, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | ... If there is anybody else who needs additional time to find an attorney or legal representative, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | No hands raised. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | You also have the right to present evidence. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | This means you can tell me or show me anything you would like about your case. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | Evidence may include your testimony, ... |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | ... the testimony of others, ... |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | ... documents, ... |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | ... or anything else you want me to see or hear about your case. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If you do not understand your right to present evidence, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |

| | |
|---|---|
| COURT: | No hands raised. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | The government may also present evidence. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | The government is represented, today, by attorney William Cantero *(sp?)*. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | Anything Mr. Cantero presents in your case, you will be able to see or hear. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | And you will be able to tell me why what he presents is wrong, or should not be considered in deciding your case. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If you do not understand your right to examine and object to evidence presented by the government, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | No hands raised. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | Finally, you have the right to appeal my decision, if you do not agree with it. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If you file an appeal, the higher court will look at the decision I make in your case, and tell me whether it's wrong or unfair. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If you indicate that you do wish to file an appeal, I will explain to you at that time the procedure for filing an appeal in detail. |
| INTERPRETER: | *[Speaking Spanish.]* |

| | |
|---|---|
| COURT: | If you do not understand your right to appeal, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | No hands raised. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If for any reason at all you do not want this hearing to be held today in your case, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | . . . Uh, if there is anybody else who, for any reason at all, does not want their case to be heard today, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | No hands raised. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | ( ) I'm going to ask you to please stand and raise your right hand to take an oath to promise to be truthful in this hearing. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | Do you swear and affirm that everything that you say today is true and correct to the best of your knowledge? |
| INTERPRETER: | *[Speaking Spanish.]* |
| ALL: | Yes. |
| INTERPRETER: | *[Speaking Spanish.]* Yes, by all. |
| COURT: | Thank you. The government has filed a charge of deportation in each of your cases. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | The charge looks like the document that I am holding up at this time. |

7

24

| | |
|---|---|
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | In each of your cases, the government says that they handed a copy of the charge to you. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | As proof of that fact, on Page 5 of the charge, they have *( )* fingerprint and signature acknowledging that a copy of the charge was handed to you. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | If there is anybody here that believes that they did not have a copy of the charge of deportation handed to them by the immigration service, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | No hands raised. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | *( )* your admissions on Page 5, I find that the charge has been properly served. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | I am going to mark the charge in each of your cases as Exhibit No. 1. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | This does not mean that I believe that you are guilty of the charge. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | I will ask you today if it is true. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | This only means that this is an accurate copy of the charge of deportation filed in your case. |
| INTERPRETER: | *[Speaking Spanish.]* |

| | |
|---|---|
| COURT: | If you have any objections to the copy of the charge of deportation being put in your file or discussing today if it is true, please raise your hand. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | No hands raised. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | ( ) will be admitted as Exhibit 1 in each case. |
| INTERPRETER: | *[Speaking Spanish.]* |
| COURT: | Mr. Villa? |
| VILLA: | Yes. |
| COURT: | Okay, sir, would you come forward to the microphone. Mr. Villa, in your case the government has filed, uh, two charges of deportation. Uh, they charge that you should be deported because at any time after your entry into the United States, you have been convicted of an aggravated felony. An aggravated felony is a crime of violence for which a sentence is one year or more. And, I understand that you should, uh, they charge that you should be deported because at any time after your entry into the United States, you have been convicted of using, owning, possessing, carrying, uh, a firearm in violation of the law. Do you understand that charge? |
| VILLA: | Yes. |
| COURT: | Now the charges are based on the following allegations in your case. The government says that you are not a citizen or national of the United States. They say you are a native and citizen of Mexico, who entered the United States near San Ysidro, California, in February, 1986, without inspection. They say that, on March 9, 1989, you became a permanent resident. They say that, on September 27, 1993, you were convicted of voluntary manslaughter with a firearm--a .38 caliber revolver--for which you were sentenced to seven years. Do you understand those allegations? |
| VILLA: | Yes. |
| COURT: | Um, do you have a mother or father, whether living or not, who is or has been a citizen of the United States? |

9

26

VILLA: My mother and father just recently became U.S. citizens.

COURT: Okay, and they naturalized?

VILLA: Yes.

COURT: Okay, you mentioned recent. How recent is that?

VILLA: Well, my father, I think, last month, and my mother is going this morning to take the test.

COURT: Okay. Okay. Now, if you had to be deported, to which country would you want to go to?

VILLA: Mexico.

COURT: Are you a citizen or national of the United States?

VILLA: I am a national.

COURT: Of the United States?

VILLA: Yes. I have, uh, a green card.

COURT: Okay. A permanent resident isn't a national. A national is somebody who was born in a territory or possession of the United States, like Puerto Rico or the Virgin Islands. Are you a citizen or national of the United States?

VILLA: No.

COURT: Okay, are you a native and citizen of Mexico?

VILLA: Yes.

COURT: Did you enter the United States near San Ysidro, California, in February, 1986, without inspection?

VILLA: Yes.

COURT: On March 9, 1989, did you become a permanent resident?

VILLA: Yes.

10

27

| | |
|---|---|
| COURT: | On September 27, 1993, were you convicted of voluntary manslaughter with a firearm, a .38 caliber revolver and sentenced to seven years? |
| VILLA: | Yes. |
| COURT: | Anything in defense of the charge of deportation? Is there anything to prove the charge is not true? |
| VILLA: | No. |
| COURT: | Okay, I am going to go over the pardons with you. I believe we've done that before, but just to make sure I didn't forget any way that you can possibly stay in the United States. Uh, do you have any fear that some body would try to hurt you in Mexico? |
| VILLA: | No, sir. |
| COURT: | And how much time did you serve? |
| VILLA: | Uh, three years. |
| COURT: | Okay. Are you married? |
| VILLA: | No. |
| COURT: | Okay. Do you have children? |
| VILLA: | Yes, one. |
| COURT: | Okay, how old is your child? |
| VILLA: | Excuse me. |
| COURT: | How old is your child? |
| VILLA: | Four years old. |
| COURT: | Four years, okay. And, how old are you? |
| VILLA: | 22. |
| COURT: | 22, okay, and your father is a U.S. citizen? |

11

28

| | |
|---|---|
| VILLA: | Yes. |
| COURT: | Okay, has your father filed for you to get any, uh, immigration papers since he became a citizen? |
| VILLA: | No, sir. He just recently became one. |
| COURT: | Okay, I know it sounds like a stupid question, but I've got to ask because it does affect your ability for pardon. Okay, um, I don't see a pardon available in your case. Um, anything else you want to ask me or tell me about your case, sir? |
| VILLA: | No. |
| COURT: | Okay, um, based on your admissions, I am going to order you deported to Mexico. Do you accept or wish to appeal? Do you accept your deportation to Mexico, or do you wish to appeal? |
| VILLA: | Uh, deport. |
| COURT: | Okay, thank you, sir. |
| VILLA: | Anything else ( )? |
| COURT: | Nope, not at all. I'll give you the order at this time and, unless you have prior deportations, you'll probably be back in Mexico this evening. |
| VILLA: | Okay. |
| COURT: | Okay. |
| VILLA: | So, I'll be deported tonight? |
| COURT: | Uh, right, unless you had a prior immigration record. Thank you, sir . . . . |

12

29