# EXHIBIT 9





























# EXHIBIT 10



39