# EXHIBIT 11

## LICENSE AND CERTIFICATE OF MARRIAGE
MUST BE LEGIBLE–MAKE NO ERASURES, WHITEOUTS, OR OTHER ALTERATIONS

STATE FILE NUMBER | LOCAL REGISTRATION NUMBER

**GROOM PERSONAL DATA**

| 1A. NAME OF GROOM–FIRST (GIVEN) | 1B. MIDDLE | 1C. LAST (FAMILY) | 2. DATE OF BIRTH–MONTH, DAY, YEAR |
|---|---|---|---|
| ALEJANDRO | --- | VILLA ANGUIANO | 01/30/1974 |

| 3A. RESIDENCE–STREET AND NUMBER | 3B. CITY | 3C. ZIP CODE | 3D. COUNTY–OUTSIDE CALIFORNIA, ENTER STATE | 4. STATE OF BIRTH |
|---|---|---|---|---|
| 1965 LEATHER WOOD ST | SAN DIEGO | 92154 | SAN DIEGO | MEXICO |

| 5. MAILING ADDRESS–IF DIFFERENT | 6. NUMBER OF PREVIOUS MARRIAGES | 7A. LAST MARRIAGE ENDED BY: | 7B. DATE– MONTH, DAY, YEAR |
|---|---|---|---|
| --- | 00 | ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | --/--/---- |

| 8A. USUAL OCCUPATION | 8B. USUAL KIND OF BUSINESS OR INDUSTRY | 9. EDUCATION - YEARS COMPLETED |
|---|---|---|
| SECURITY GUARD | SECURITY | 10 |

| 10A. FULL NAME OF FATHER | 10B. STATE OF BIRTH | 11A. FULL MAIDEN NAME OF MOTHER | 11B. STATE OF BIRTH |
|---|---|---|---|
| JOSE MANUEL VILLA | MX | IRMA PATRICIA ANGUIANO | MX |

**BRIDE PERSONAL DATA**

| 12A. NAME OF BRIDE–FIRST (GIVEN) | 12B. MIDDLE | 12C. CURRENT LAST (FAMILY) | 12D. MAIDEN LAST (FAMILY) IF DIFFERENT THAN (12C) | 13. DATE OF BIRTH– MONTH, DAY, YEAR |
|---|---|---|---|---|
| ANGELINA | LOUISE | FLORES | --- | 11/04/1976 |

| 14A. RESIDENCE–STREET AND NUMBER | 14B. CITY | 14C. ZIP CODE | 14D. COUNTY–OUTSIDE CALIFORNIA, ENTER STATE | 15. STATE OF BIRTH |
|---|---|---|---|---|
| 1527 L AVE | NATIONAL CITY | 91950 | SAN DIEGO | CA |

| 16. MAILING ADDRESS– IF DIFFERENT | 17. NUMBER OF PREVIOUS MARRIAGES | 18A. LAST MARRIAGE ENDED BY: | 18B. DATE– MONTH, DAY, YEAR |
|---|---|---|---|
| --- | 00 | ☐ DEATH ☐ DISSOLUTION ☐ ANNULMENT | --/--/---- |

| 19A. USUAL OCCUPATION | 19B. USUAL KIND OF BUSINESS OR INDUSTRY | 20. EDUCATION - YEARS COMPLETED |
|---|---|---|
| PHOTO LAB TECHNICIAN | DRUG STORE | 12 |

| 21A. FULL NAME OF FATHER | 21B. STATE OF BIRTH | 22A. FULL MAIDEN NAME OF MOTHER | 22B. STATE OF BIRTH |
|---|---|---|---|
| MIGUEL MARIO FLORES | MX | THERESA CATHERINE PARK | FLORIDA |

**AFFIDAVIT**

WE, THE UNDERSIGNED, AN UNMARRIED MAN AND UNMARRIED WOMAN, STATE THAT THE FOREGOING INFORMATION IS CORRECT AND TRUE TO THE BEST OF OUR KNOWLEDGE AND BELIEF, THAT NO LEGAL OBJECTION TO THE MARRIAGE NOR TO THE ISSUANCE OF A LICENSE IS KNOWN TO US, AND HEREBY APPLY FOR A LICENSE AND A CERTIFICATE OF MARRIAGE.

23. SIGNATURE OF GROOM ▶ | 24. SIGNATURE OF BRIDE ▶

**LICENSE TO MARRY**

AUTHORIZATION AND LICENSE IS HEREBY GIVEN TO ANY PERSON DULY AUTHORIZED BY THE LAWS OF THE STATE OF CALIFORNIA TO PERFORM A MARRIAGE CEREMONY WITHIN THE STATE OF CALIFORNIA TO SOLEMNIZE THE MARRIAGE OF THE ABOVE NAMED PERSONS. REQUIRED CONSENTS FOR THE ISSUANCE OF THIS LICENSE ARE ON FILE.

| 25A. ISSUE DATE MONTH, DAY, YEAR | 25B. LICENSE EXPIRES AFTER MONTH, DAY, YEAR | 25C. LICENSE NUMBER | 25D. COUNTY OF ISSUE |
|---|---|---|---|
| 04/09/2004 | 07/08/2004 | 4200437 006536 | SAN DIEGO |

| 25E. NAME OF COUNTY CLERK | 25F. SIGNATURE OF DEPUTY CLERK (IF APPLICABLE) |
|---|---|
| GREGORY J SMITH | BY ▶ REYNITA C VICTORIA        DEPUTY |

**WITNESS(ES) (ONE REQUIRED)**

| 26A. SIGNATURE OF WITNESS ▶ | 26B. ADDRESS–STREET AND NUMBER | 26C. CITY, STATE AND ZIP CODE |
|---|---|---|
| | 1527 L AVE | NATIONAL CITY CA 91950 |
| 27A. SIGNATURE OF WITNESS ▶ | 27B. ADDRESS–STREET AND NUMBER | 27C. CITY, STATE AND ZIP CODE |
| | 1527 L AVE | NATIONAL CITY CA 91950 |

**CERTIFICATION OF PERSON SOLEMNIZING MARRIAGE**

28. I HEREBY CERTIFY THAT THE ABOVE-NAMED BRIDE AND GROOM WERE JOINED BY ME IN MARRIAGE IN ACCORDANCE WITH THE LAWS OF THE STATE OF CALIFORNIA

29A. SIGNATURE OF PERSON SOLEMNIZING MARRIAGE ▶ | 29B. RELIGIOUS DENOMINATION (IF CLERGY)

| ON | 04 MONTH | 09 DAY | 2004 YEAR |
|---|---|---|---|

| 29C. NAME OF PERSON SOLEMNIZING MARRIAGE (TYPE OR PRINT) | 29D. OFFICIAL TITLE |
|---|---|
| RUTH ARELLANO | DEPUTY MARRIAGE COMMISSIONER |

| AT | CHULA VISTA CITY OR TOWN | SAN DIEGO COUNTY | CALIFORNIA |
|---|---|---|---|

| 29E. MAILING ADDRESS | 29F. ZIP CODE |
|---|---|
| PO BOX 121750 SAN DIEGO CA | 92112 |

**LOCAL REGISTRAR OF MARRIAGES (COUNTY RECORDER)**

| 30A. SIGNATURE OF LOCAL REGISTRAR | 30B. SIGNATURE OF DEPUTY (IF APPLICABLE) | 31. DATE ACCEPTED FOR REGISTRATION |
|---|---|---|
| ▶ Gregory J. Smith, Recorder/County Clerk | BY ▶          DEPUTY | |




# COUNTY OF SAN DIEGO

### GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK
1600 PACIFIC HIGHWAY, RM 260 • SAN DIEGO, CA 92101-2480

Request for a certified copy of a marriage certificate

Please complete the following information to receive your certified copy. The fee is $13.00 for each certificate. Please detach the stub and mail it along with your payment to Gregory J. Smith, San Diego County Recorder/Clerk, PO Box 121750, San Diego CA 92112.

Groom's Name: ALEJANDRO VILLA ANGUIANO
Bride's Name: ANGELINA LOUISE FLORES
Date of Marriage: _____
Mailing Address: _____

PUBLIC 2004 006536
License Number

41

# EXHIBIT 12



## SECRETARY OF STATE
## APOSTILLE
(Convention de La Haye du 5 octobre 1961)

1. Country: United States of America
   This public document

2. has been signed by GREGORY J. SMITH

3. acting in the capacity of RECORDER/COUNTY CLERK

4. bears the seal/stamp of the county of SAN DIEGO
   State of California

### CERTIFIED

5. At SAN DIEGO, California      6. The 5TH day of DECEMBER 2000

7. by Deputy Secretary of State, State of California

8. No 44995

9. Stamp/Seal



10. Signature

BILL JONES
Secretary of State

BY _Roque J. Smith_

43

P-24 A (Rev. 1-96)                                                OSP 99 21639

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO
### GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

**CERTIFICATE OF LIVE BIRTH**
STATE OF CALIFORNIA—DEPARTMENT OF HEALTH

STATE BIRTH CERTIFICATE NUMBER: 104-76-304005
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER: 8009 21073

**THIS CHILD**
- 1A. NAME OF CHILD—FIRST NAME: Angelina
- 1B. MIDDLE NAME: Louise
- 1C. LAST NAME: Flores
- 2. SEX: Female
- 3A. THIS BIRTH SINGLE TWIN OR TRIPLET: Single
- 3B. IF TWIN OR TRIPLET, THIS CHILD BORN 1ST, 2ND, 3RD: —
- 4A. DATE OF BIRTH—MONTH DAY YEAR: 11/4/76
- 4B. HOUR: 1:17 p.m.

**PLACE OF BIRTH**
- 5A. PLACE OF BIRTH—NAME OF HOSPITAL: Donald N. Sharp Memorial Community
- 5B. STREET ADDRESS: 7901 Frost ST
- 5C. INSIDE CITY CORPORATE LIMITS: Yes
- 5D. CITY OR TOWN: San Diego
- 5E. COUNTY: San Diego

**MOTHER OF CHILD**
- 6A. MAIDEN NAME OF MOTHER—FIRST NAME: Theresa
- 6B. MIDDLE NAME: Catherine
- 6C. LAST NAME (MAIDEN SURNAME): Park
- 7. BIRTHPLACE: Florida
- 8. AGE OF MOTHER (AT TIME OF THIS BIRTH): 21 YEARS
- 8A. SOCIAL SECURITY NUMBER OF MOTHER: 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
- 9. COLOR OR RACE OF MOTHER: Cauc.
- 10A. RESIDENCE OF MOTHER—STREET ADDRESS: 3762 Central AV
- 10B. INSIDE CITY CORPORATE LIMITS: Yes
- 10C. RESIDENCE OF MOTHER—CITY OR TOWN: San Diego
- 10D. RESIDENCE OF MOTHER—COUNTY: San Diego
- 10E. RESIDENCE OF MOTHER—STATE: California

**FATHER OF CHILD**
- 11A. NAME OF FATHER—FIRST NAME: Miguel
- 11B. MIDDLE NAME: Mario
- 11C. LAST NAME: Flores
- 12. BIRTHPLACE: Mexico
- 13. AGE OF FATHER (AT TIME OF THIS BIRTH): 21 YEARS
- 13A. SOCIAL SECURITY NUMBER OF FATHER: 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
- 14. COLOR OR RACE OF FATHER: Cauc.

**INFORMANT'S CERTIFICATION**
- 16A. PARENT OR OTHER INFORMANT—SIGNATURE: Theresa Catherine Park
- 16B. DATE REVIEWED AND SIGNED BY INFORMANT: 11/4/76

**ATTENDANT'S CERTIFICATION**
- 17A. PHYSICIAN SIGNATURE: Jesse Rust, M.D.
- 17B. DATE SIGNED BY PHYSICIAN: 11/5/76
- 17C. ADDRESS: San Diego
- 17D. PHYSICIAN'S CALIFORNIA LICENSE NUMBER: G 528

**LOCAL REGISTRAR**
- 19. LOCAL REGISTRAR—SIGNATURE: John R. Philip, M.D.
- 20. DATE: 11/19/76

457185

This is a true certified copy of the record if it bears the seal, imprinted in purple ink, of the Recorder. **DEC 05 2000**

Recorder/County Clerk
San Diego County, California




# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO
## GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
USE BLACK INK ONLY

199937 001543

| | | | | |
|---|---|---|---|---|
| STATE FILE NUMBER | | | LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER | |
| **THIS CHILD** | 1A. NAME OF CHILD — FIRST (GIVEN): ANNALISE | 1B. MIDDLE: NICOLE | 1C. LAST (FAMILY): FLORES-VILLA | |
| 0360 | 2. SEX: FEMALE | 3A. THIS BIRTH SINGLE, TWIN, ETC: TWIN | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC: 1ST | 4A. DATE OF BIRTH: 01/06/1999 | 4B. HOUR: 2031 |
| **PLACE OF BIRTH** | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY: KAISER FOUNDATION HOSPITAL | | 5B. STREET ADDRESS: 4647 ZION AVE | |
| | 5C. CITY: SAN DIEGO | | 5D. COUNTY: SAN DIEGO | 5E. PLANNED PLACE OF BIRTH: HOSPITAL |
| **FATHER OF CHILD** | 6A. NAME OF FATHER — FIRST (GIVEN): - | 6B. MIDDLE: - | 6C. LAST (FAMILY): - | 7. STATE OF BIRTH: MX | 8. DATE OF BIRTH: 01/30/1974 |
| **MOTHER OF CHILD** | 9A. NAME OF MOTHER — FIRST (GIVEN): ANGELINA | 9B. MIDDLE: LOUISE | 9C. LAST (MAIDEN): FLORES | 10. STATE OF BIRTH: CA | 11. DATE OF BIRTH: 11/04/1976 |
| **INFORMANT CERTIFICATION** | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A. PARENT OR OTHER INFORMANT — SIGNATURE: Angelina L. Flores | | 12B. RELATIONSHIP TO CHILD: MOTHER | 12C. DATE SIGNED: 01/08/1999 |
| **CERTIFICATION OF BIRTH** | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED | 13A. ATTENDANT OR CERTIFIER — SIGNATURE, DEGREE OR TITLE: Nicholas D. Morell MD | | 13B. LICENSE NUMBER: G038356 | 13C. DATE SIGNED: 01/08/1999 |
| | 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT: NICHOLAS MORELL, MD 4647 ZION AVE SAN DIEGO | | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT | |
| **LOCAL REGISTRAR** | 15A. DATE OF DEATH | 15B. STATE FILE NO. (STATE USE ONLY) | 16. LOCAL REGISTRAR — SIGNATURE | 17. DATE ACCEPTED FOR REGISTRATION: 01/26/1999 | |

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.



February 27, 2004    Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk

*001215012*

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO
### GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
USE BLACK INK ONLY

199937 001544

| | 1A. NAME OF CHILD — FIRST (GIVEN) | 1B. MIDDLE | 1C. LAST (FAMILY) | | |
|---|---|---|---|---|---|
| THIS CHILD 0361 | BREANNA | ROSE | FLORES-VILLA | | |
| | 2. SEX | 3A. THIS BIRTH, SINGLE, TWIN, ETC | 3B. IF MULTIPLE, THIS CHILD 1ST, 2ND, ETC | 4A. DATE OF BIRTH | 4B. HOUR |
| | FEMALE | TWIN | 2ND | 01/06/1999 | 2036 |
| PLACE OF BIRTH | 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY | | 5B. STREET ADDRESS | | |
| | KAISER FOUNDATION HOSPITAL | | 4647 ZION AVE | | |
| | 5C. CITY | | 5D. COUNTY | 5E. PLANNED PLACE OF BIRTH | |
| | SAN DIEGO | | SAN DIEGO | HOSPITAL | |
| FATHER OF CHILD | 6A. NAME OF FATHER — FIRST (GIVEN) | 6B. MIDDLE | 6C. LAST (FAMILY) | 7. STATE OF BIRTH | 8. DATE OF BIRTH |
| | - | - | - | MX | 01/30/1974 |
| MOTHER OF CHILD | 9A. NAME OF MOTHER — FIRST (GIVEN) | 9B. MIDDLE | 9C. LAST (MAIDEN) | 10. STATE OF BIRTH | 11. DATE OF BIRTH |
| | ANGELINA | LOUISE | FLORES | CA | 11/04/1976 |
| INFORMANT CERTIFICATION | I CERTIFY THAT I HAVE REVIEWED THE STATED INFORMATION AND THAT IT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE | 12A. PARENT OR OTHER INFORMANT — SIGNATURE *Angelina L. Flores* | | 12B. RELATIONSHIP TO CHILD MOTHER | 12C. DATE SIGNED 01/08/1999 |
| CERTIFICATION OF BIRTH | I CERTIFY THAT THE CHILD WAS BORN ALIVE AT THE DATE, HOUR AND PLACE STATED | 13A. ATTENDANT OR CERTIFIER — SIGNATURE *Nicholas D. Morell M.D.* | | 13B. LICENSE NUMBER G038356 | 13C. DATE SIGNED 01/08/1999 |
| | 13D. TYPED NAME, TITLE, AND MAILING ADDRESS OF ATTENDANT NICHOLAS MORELL, MD 4647 ZION AVE SAN DIEGO | | | 14. TYPED NAME AND TITLE OF CERTIFIER IF OTHER THAN ATTENDANT | |
| LOCAL REGISTRAR | 15A. DATE OF DEATH | 15B. STATE FILE NO. | 16. LOCAL REGISTRAR — SIGNATURE | | 17. DATE ACCEPTED FOR REGISTRATION 01/26/1999 |

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

*G. J. Smith*

February 27, 2004        Gregory J. Smith
                         Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk


*001215015*



# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SAN DIEGO
### GREGORY J. SMITH
### ASSESSOR/RECORDER/COUNTY CLERK

**CERTIFICATE OF LIVE BIRTH**
**STATE OF CALIFORNIA**
USE BLACK INK ONLY

STATE FILE NUMBER: 1200237002971
LOCAL REGISTRATION DISTRICT AND CERTIFICATE NUMBER

| Field | Value |
|---|---|
| 1A. NAME OF CHILD — FIRST (GIVEN) | GENEVIEVE |
| 1B. MIDDLE | ELIZABETH |
| 1C. LAST (FAMILY) | FLORES-VILLA |
| 2. SEX | FEMALE |
| 3A. THIS BIRTH, SINGLE, TWIN, ETC. | SINGLE |
| 4A. DATE OF BIRTH | 01/24/2002 |
| 4B. HOUR (24 HOUR CLOCK TIME) | 2354 |
| 5A. PLACE OF BIRTH — NAME OF HOSPITAL OR FACILITY | KAISER FOUNDATION HOSPITAL |
| 5B. STREET ADDRESS | 4647 ZION AVE |
| 5C. CITY | SAN DIEGO |
| 5D. COUNTY | SAN DIEGO |
| 5E. PLANNED PLACE OF BIRTH | HOSPITAL |
| 9A. NAME OF MOTHER — FIRST (GIVEN) | ANGELINA |
| 9B. MIDDLE | LOUISE |
| 9C. LAST (MAIDEN) | FLORES |
| 10. STATE OF BIRTH | CA |
| 11. DATE OF BIRTH | 11/04/1976 |
| 12B. RELATIONSHIP TO CHILD | MOTHER |
| 12C. DATE SIGNED | 01/25/2002 |
| 13B. LICENSE NUMBER | NMW297 |
| 13C. DATE SIGNED | 01/25/2002 |
| 13D. TYPED NAME, TITLE AND MAILING ADDRESS OF ATTENDANT | HOLLY B. HURWITZ, CNM 4647 ZION AVE SAN DIEGO |
| 16. LOCAL REGISTRAR — SIGNATURE | GEORGE R FLORES, MD |
| 17. DATE ACCEPTED FOR REGISTRATION | 02/05/2002 |

THIS CHILD 1557

This is a true and exact reproduction of the document officially registered and placed on file in the office of the San Diego County Recorder/Clerk.

Monday, July 29, 2002




Gregory J. Smith
Assessor/Recorder/County Clerk

This copy is not valid unless prepared on an engraved border displaying date, seal and signature of the Recorder/County Clerk



*000834783*

# EXHIBIT 13

**J. RAMIRO LOPEZ, M.D.**
DIPLOMATE AMERICAN BOARD OF INTERNAL MEDICINE
CARDIOLOGY/INVASIVE CARDIOLOGY
1660 Broadway, Suite 9
Chula Vista, CA 91911
(619) 498-3755

July 28, 2008

To Whom It May Concern:

Ms. Irma Anguiano de Villa (D.O.B. 10/29/53) a patient of mine since 8/21/95, and who has sthe following diagnosis:

Faty Liver
Non Alcoholic Hepatitis C
Anxiety
Hypertension
Libido

Due to her medical condition and family problems Ms. Anguiano is under significant depression.

I am issuing this letter up to my patients request.

Sincerely,

Jose R. Lopez M.D.

49