**GREGORY T. MURPHY**
California State Bar No. 245505
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467

Attorneys for Mr. Villa-Anquiano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>v.<br><br>ALEJANDRO VILLA-ANQUIANO<br><br>            Defendant. | CASE NO. 08CR1550-WQH<br><br>**DECLARATION OF GREGORY T. MURPHY** |

**DECLARATION OF GREGORY T. MURPHY**

I, Gregory T. Murphy, declare as follows:

1. I am an attorney assigned to represent Mr. Alejandro Israel Villa-Anquiano in his pending prosecution for illegal reentry. I am fully familiar with the facts of this case

2. At the motion hearing on June 30, 2008, I indicated I could competently complete a motion collaterally attacking Mr. Villa-Anguiano's deportation by July 28, 2008. At the time, I had not received the deportation tapes and did not anticipate the variety of issues Mr. Villa-Anguiano's motion would raise. Accordingly, I underestimated the amount of time I needed to complete the work.

3. Additionally, personal issues prevented me from beginning work on this motion on the schedule I anticipated. Specifically, I was compelled to leave the district to assist a relative who had suffered a medical emergency. I also attended the wedding of a family member out of district, an event which

1 | prevented me from fully completing my work over the weekend.

2 | 4. Despite these difficulties, I hoped to complete my work on this motion by the Court's deadline. Unfortunately, I was unable to obtain needed information from Mr. Villa-Anguiano's family by the close of business on Friday, July 25, 2008. Accordingly, I contacted the prosecutor and the Court to alert all parties to the delay and request a continuance of the proceedings.

5. I received documentation from Mr. Villa-Anguiano's family in the afternoon on July 30, 2008. I attempted to file that documentation and a completed motion the same afternoon, one day after the deadline set by the Court. Unfortunately, the electronic case filing system refused to accept my filing.

6. I therefore arranged to meet personally with all the declarants to this motion this morning, and now ask the Court to shorten the time by two days in which Mr. Villa-Anguiano may file his Notice of Motion and Motion to Dismiss the Indictment, with exhibits.

I, Gregory Murphy, declare that the above is true and correct to the best of my knowledge. Signed in San Diego, California on July 30, 2008.

                /s/ Gregory T. Murphy
                GREGORY T. MURPHY
                Attorney for Mr. Villa-Anguiano

1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Alejandro Israel Villa-Anquiano

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10          **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,           ) Case No. 08CR1550-WQH
                                        )
12 |          Plaintiff,                 )
                                        )
13 | v.                                  )  **CERTIFICATE OF SERVICE**
                                        )
14 | ALEJANDRO ISRAEL VILLA-ANQUIANO,    )
                                        )
15 |          Defendant.                 )
   |_____   )

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                     Jeffrey David Moore
        Jeffrey.Moore@usdoj.gov,debra.huntley@usdoj.gov,efile.dkt.gc1@usdoj.gov

21                                      Respectfully submitted,

23 DATED:    July 30, 2008              /s/ Gregory T. Murphy
                                        **GREGORY T. MURPHY**
24                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Alejandro Israel Villa-Anquiano