| | |
|---|---|
| 1 | KAREN P. HEWITT |
|   | United States Attorney |
| 2 | JEFFREY D. MOORE |
|   | Assistant U.S. Attorney |
| 3 | California State Bar No. 240595 |
|   | United States Attorney's Office |
| 4 | Federal Office Building |
|   | 880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893 |
|   | Telephone: (619) 557-7171 |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr1550 WQH |
|---|---|---|
| Plaintiff, | ) | Date: August 11, 2008 |
| | ) | Time: 2:00 p.m. |
| v. | ) | Court: The Hon. William Q. Hayes |
| | ) | |
| ALEJANDRO VILLA-ANQUIANO, | ) | **APPLICATION FOR ORDER SHORTENING TIME** |
| Defendant. | ) | |

NOW COMES plaintiff United States of America, by and through its counsel, U.S. Attorney Karen P. Hewitt and Assistant U.S. Attorney Jeffrey D. Moore and hereby moves this Court for an order shortening time to allow the filing of the Government's Response and Opposition to Defendant's Motion to Dismiss the Indictment Due to an Invalid Deportation.

Application is respectfully made for the following reasons:

(1) Defendant's motion hearing is currently set for August 11, 2008 at 2:00 p.m.

(2) On June 30, 2008, the Court set a briefing schedule which required defendant to file his motions by July 28, 2008, and the Government to respond by August 4, 2008.

(3) On July 25, 2008, defendant filed a motion to continue the motion hearing date which the Court has not ruled on.

(4) On July 30, 2008, defendant filed a Motion to Shorten Time along with a Motion to Dismiss the Indictment Due to an Invalid Deportation.

(5) At this time, the Government requests the original seven day period to prepare a response to defendant's motion.

1  (6)  As such, the Government requests that the Court allow the Government until August 6, 2008 to file a response.

2  DATED: August 1, 2008

3  Respectfully submitted,

4  KAREN P. HEWITT
United States Attorney

5

6  /s/ *Jeff Moore*
JEFFREY D. MOORE

7  Assistant United States Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08cr1550 WQH |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| ALEJANDRO VILLA-ANQUIANO, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Jeffrey D. Moore, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **APPLICATION FOR ORDER SHORTENING TIME** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Gregory T. Murphy
Federal Defenders of San Diego, Inc.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2008.

/s/ *Jeff Moore*
JEFFREY D. MOORE

3