**SUPPLEMENTAL TRANSCRIPT**

COURT: You'll hear the (inaudible) when you name is called in court today, say, "Present."

INTERPRETER: [Speaking Spanish]... Miguel Barerra Rojas

BARRERA: Present

INTERPRETER: Present. Ah, Alien number 90 887 327

INTERPRETER: Alejandro Villa-Anquiano

VILLA: Present

INTERPRETER: Present. 90 068 676

INTERPRETER: Concepcion Alvarado

ALVARADO: Present

INTERPRETER: Present. 41 440 636

INTERPRETER: Jose Eduardo Quintana Arragon

ARRAGON: Present

INTERPRETER: Present 29 176 950

INTERPRETER: Josue Turcio (sp?)

TURCIO: Present

INTERPRETER: Present 74 417 959

INTERPRETER: And ah, (inaudible) Santiago Obeso 92 802 126

SANTIAGO: Present

COURT: If English is the language you speak and understand best, and you'd like your hearing today in English, please raise your hand.

...................................................................................................................................................

COURT:     If you have an attorney or other legal representative that is going to assist you with your immigration case, please raise your hand.

INTERPRETER:   Speaking Spanish

COURT:     Ok.  Your name sir?

INTERPRETER:   Speaking Spanish

ALVARADO:    (inaudible) (inaudible) Concepcion Alvarado

INTERPRETER:   (inaudible) (inaudible) Concepcion Alvarado

COURT:     Mr. Concepcion who is your attorney?

INTERPRETER:   Speaking Spanish

[Further conversation between Court, Mr. Alvarado, and Interpreter]

COURT:     If there is anybody else who needs additional time to try to find legal representation to assist them with their case, please raise your hand.

INTERPRETER:   Speaking Spanish

COURT:     Ok.  Mr. Barrera?

INTERPRETER:   Speaking Spanish

COURT:     Sir, have you found an attorney yet?

BARRERA:     Um, (inaudible)

COURT:     Ok. Um. Right.

BARRERA:     (inaudible)

COURT:     Ok.  How much time do you need to be in court with your attorney, to bring somebody here?

BARRERA:     (inaudible)

COURT:     Ok. What I'll do is set it for January 16th at 1:00.  That will give you two weeks to see if that person is going to represent you or going to develop your theory of the case.  Um, and so, I'll probably not be giving another continuance so you should make sure that attorney is aware of the January 16th court date and is here to represent you. Ok.  Any other questions, sir?

BARRERA:          That's it.

...................................................................................................................................................

COURT:            If for any reason at all you do not want this hearing to be held today in your case, please raise your hand.

INTERPRETER:      Speaking Spanish

COURT:            Your name, sir?

QUINTANA:         Jose (inaudible) Quintana

INTERPRETER:      Speaking Spanish

COURT:            Mr. Quintana why don't you want the case to be heard today.

[Further conversation between Court, Mr. Quintana]