1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Alejandro Israel Villa-Anquiano

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE WILLIAM Q. HAYES)**

11 | UNITED STATES OF AMERICA,        )  Case No. 08CR1550-WQH
                                      )
12 |        Plaintiff,                )  DATE:     March 11, 2008
                                      )  TIME:     9:00 a.m.
13 | v.                               )
                                      )  **MOTION FOR LEAVE TO REPLY**
14 | ALEJANDRO ISRAEL VILLA-ANQUIANO, )
                                      )
15 |        Defendant.                )
   |_____   )

17       Alejandro Villa-Anquiano, through undersigned counsel Gregory T. Murphy and Federal Defenders
18 of San Diego, Inc., respectfully moves the Court for leave to reply to the government's Response in Opposition
19 to his Motion to Dismiss the Indictment Due to an Invalid Deportation.

20                                         Respectfully submitted,

22 DATED:      August 13, 2008             /s/ Gregory T. Murphy
                                           **GREGORY T. MURPHY**
23                                         Federal Defenders of San Diego, Inc.
                                           Attorneys for Alejandro Israel Villa-Anquiano

**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Alejandro Israel Villa-Anquiano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1550-WQH |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ALEJANDRO ISRAEL VILLA-ANQUIANO, ) | |
| Defendant. ) | |

   Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Jeffrey David Moore
Jeffrey.Moore@usdoj.gov,debra.huntley@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:   August 13, 2008     /s/ Gregory T. Murphy
                             **GREGORY T. MURPHY**
                             Federal Defenders of San Diego, Inc.
                             Attorneys for Alejandro Israel Villa-Anquiano