**GREGORY T. MURPHY**
California State Bar No. 245505
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: gregory_murphy@fd.org

Attorneys for Alejandro Israel Villa-Anquiano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1550-WQH |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ALEJANDRO ISRAEL VILLA-ANQUIANO, ) | |
| Defendant. ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Caroline P. Han
Caroline.Han@usdoj.gov, ginger.stacey@usdoj.gov, efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:   August 15, 2008                    /s/ Gregory T. Murphy
                                            **GREGORY T. MURPHY**
                                            Federal Defenders of San Diego, Inc.
                                            Attorneys for Alejandro Israel Villa-Anquiano