| | |
|---|---|
| 1 | KAREN P. HEWITT |
| | United States Attorney |
| 2 | CAROLINE P. HAN |
| | Assistant U.S. Attorney |
| 3 | California State Bar No. 250301 |
| | United States Attorney's Office |
| 4 | Federal Office Building |
| | 880 Front Street, Room 6293 |
| 5 | San Diego, California 92101-8893 |
| | Telephone: (619) 557-6549 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1550-WQH |
| | ) | |
| Plaintiff, | ) | Date:  September 12, 2008 |
| | ) | Time:  10:00 am. |
| v. | ) | Court: The Hon. William Q. Hayes |
| | ) | |
| ALEJANDRO VILLA-ANQUIANO, | ) | **APPLICATION FOR ORDER** |
| | ) | **SHORTENING TIME** |
| Defendant. | ) | |
| | ) | |

NOW COMES plaintiff United States of America, by and through its counsel, U.S. Attorney Karen P. Hewitt and Assistant U.S. Attorney Caroline P. Han and hereby moves this Court for an order shortening time to allow the filing of the Government's Supplemental Briefing in Response and Opposition to the Defendant's Motion to Dismiss for Invalid Deportation.

Application is respectfully made for the following reasons:

(1) On August 18, 2008, the undersigned made an oral motion to provide supplemental briefing in response to the defendant's motion to dismiss and subsequent reply brief. The undersigned indicated that the supplemental briefing would include additional analysis regarding the modified categorical analysis of the defendant's prior voluntary manslaughter conviction. The Court granted the Government's motion and ordered the Government to file its briefing by August 26, 2008.

(2) On August 19, 2008, the undersigned went to the San Diego County Courthouse in an effort to obtain additional documentation regarding the defendant's prior voluntary manslaughter conviction, and learned that as part of the defendant's plea agreement, the defendant stipulated to a factual basis as set forth in the preliminary hearing transcript. On that day, Border Patrol prosecution liaison Jacob Sanchez contacted the pertinent court reporter, and she returned his call on August 21, 2008 at which point she indicated that she would grant Agent Sanchez permission to obtain a copy of the preliminary hearing from the San Diego County Courthouse's Records Department and would send him a letter to indicate that.

(3) Agent Sanchez received written permission from the court reporter this morning, and attempted to obtain a copy of the preliminary hearing today. However, because of the transcript's volume, a representative from the San Diego County Courthouse's Records Department informed him that it would not be available until tomorrow. The undersigned is obviously unaware of the contents of the transcript, but believes that it can inform the parties' motions and the Court's decision on the pending motion. As such, the United States requests that the Court grant the United States' motion to shorten time to allow the United States to receive the transcript and file its motion on August 27, 2008.

(3) The undersigned has advised opposing counsel of this Application, and will provide counsel with the Proposed Order under separate cover, pursuant to Local Rules and Electronic Case Filing Policies and Procedures.

DATED: August 26, 2008

Respectfully submitted,

/s/ *Caroline P. Han*
CAROLINE P. HAN
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1550-WQH |
| ) | |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| ALEJANDRO VILLA-ANQUIANO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY CERTIFIED THAT:

I, Caroline P. Han, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **APPLICATION FOR ORDER SHORTENING TIME** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

**Gregory Murphy**
*Attorney for defendant*

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 26, 2008.

/s/ *Caroline P. Han*
CAROLINE P. HAN

3