# GOVERNMENT EXHIBIT 1

2

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
- ☐ CENTRAL COURTHOUSE, 220 W. BROADWAY, SAN DIEGO, CA 92101-3409
- ☐ NORTH COUNTY BRANCH, 325 S. MELROSE, VISTA, CA 92083-6627
- ☐ EAST COUNTY COURT, 250 E. MAIN, EL CAJON, CA 92020-3913
- ☐ SOUTH BAY COURT, 500 THIRD, CHULA VISTA, CA 91910-5694

**PEOPLE OF THE STATE OF CALIFORNIA**  PLAINTIFF
vs
**ALEJANDRO VICCA**  DEFENDANT

**PLEA OF GUILTY/NO CONTEST – FELONY**
(PC 1016, 1016.5, 1017)

Court Use Only
FILED
KENNETH E. MARTONE
Clerk of the Superior Court
SEP 27 1993
By: SHERRY BLEVINS, Deputy

CR 138217
DA 025178

I, the defendant in the above-entitled case, in support of my motion to change my plea(s) in open Court, personally and by my attorney, declare as follows:

1. On those charges now filed against me in this case, I plead **Guilty (People v. West)** GUILTY/NO CONTEST to the following violations: (List Crimes and Code Sections) **PC 192(a) Vol Manslaughter as a L.I.O. of count 1**  [AV]

1a. (If Applicable) I also admit the following enhancement(s)/prior convictions with which I am charged: (List Court, Docket No. and Date of any Prior Conviction) **PC 12022(a)(1) Vicarious Arming**  [AV]

2. I have not been induced to enter the above plea by any promise or representation of any kind, except: (Briefly state any agreement with the District Attorney.) **Plead guilty to PC 192(a) + 12022 (a)(1) Stipulated 7 year sentence (mid term manslaughter + 1 year firearm)**  [AV]

**RIGHT TO A LAWYER**

3. I understand that I have the right to be represented by a lawyer at all stages of the proceedings. I can hire my own lawyer, or the Court will appoint a lawyer for me if I cannot afford one.  [AV]

**CONSTITUTIONAL RIGHTS**
I understand that I also have the following constitutional rights, which I now give up to plead either Guilty or No Contest:

| | I understand this right | I give up this right |
|---|---|---|
| 4. The right to be tried by a jury, in a speedy, public trial. | AV | AV |
| 5. The right to confront and to cross-examine all the witnesses against me. | AV | AV |
| 6. The right to remain silent (unless I choose to testify on my own behalf). | AV | AV |
| 7. The right to present evidence and to have witnesses subpoenaed to testify in my behalf at no cost to me. | AV | AV |

**CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST**

8a. I understand that I may receive this maximum penalty as a result of my plea: **12** years in State Prison, $ **10,000** fine and **4** years parole (4/7/life), with up to one year return to prison for every parole violation. If I should receive probation (for up to five years), I understand that I may be given up to a year in local custody, plus the fine, and any other conditions deemed reasonable by the Court. I understand that if I violate any terms or conditions of probation I can be sent to State Prison for the maximum term as stated above.  [AV]

8b. My attorney has explained to me that other possible consequences of this plea may be: (Circle applicable consequences.)
(a) Consecutive sentences.  (f) Blood test and saliva sample.  (k) Serious felony prior / Prison prior.
(b) Loss of driving privileges.  (g) Registration as a narcotics offender.  (l) Mandatory restitution fine ($100-$10,000).
(c) Commitment to the Youth Authority.  (h) AIDS education program.  (m) Priorable.
(d) Registration as an arson offender.  (i) Restitution.  (n) Other _____
(e) Registration as a sex offender.  (j) Ineligibility for probation / presumptive prison.  [AV]

9. I understand that if I am not a citizen of the United States a plea of Guilty or No Contest could result in deportation, exclusion from admission to this country, and/or denial of naturalization.  [AV]

10. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases.  [AV]

11. I understand that I have the right to appeal the denial of my Penal Code Section 1538.5 motion (suppression of evidence motion) in this case. I give up that right.  [AV] [AV]

SUPCT CR-12(Rev. 7-93)  **PLEA OF GUILTY/NO CONTEST - FELONY**  Page one of two

ALEJANDRO VILLA

12. I now plead [GUILTY/NO CONTEST] to the charge(s) described in #1 above and admit that on the date charged I committed the facts as to each charge in #1.)

UNDER PEOPLE V. WEST, STIP. TO PRELIM TRANSCRIPT FOR FACTUAL BASIS

12a. (If Applicable) I understand that as to any and all prior convictions/enhancements alleged against me in this case, I have all the constitutional rights listed in #3-#7 above. As to any prior convictions alleged, I understand that if I request a jury trial on the current case, the jury would neither learn of nor decide, the prior conviction(s) unless and until the jury found me guilty on the current charges.

12b. (If Applicable) I hereby admit the prior conviction(s)/enhancement(s) listed in this form, and give up my constitutional rights, including the right to separate jury determination on the issue of the prior conviction(s).

13. I do understand that the matter of probation and sentence is to be determined solely by the Court.

14. (Harvey Waiver) The sentencing judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed or stricken charges or allegations or cases when granting probation, ordering restitution or imposing sentence.

15. I am entering my plea freely and voluntarily, without threat or fear to me or anyone closely related to me.

16a. I am pleading Guilty because in truth and in fact I AM GUILTY. People v. West

16b. I understand that a plea of No Contest is the same as a plea of Guilty in this criminal case and for all purposes has the same consequences as a plea of Guilty.

17. I am now sober, I have not consumed any drug, alcohol or narcotic within the past 24 hours to the extent that my judgment is impaired.

18. I declare under penalty of perjury, under the laws of the State of California, that I have read, understood, and initialed each item above, and everything on the form is true and correct.

Dated: 9/27/93    Defendant's Signature: Alejandro Villa

Defendant's Address: George Bailey Detention Facility

Defendant's Telephone No. (    )

**ATTORNEY'S STATEMENT**

I, the undersigned, state that I am the attorney for the defendant in the above-entitled case; that I personally read and explained the contents of the above declaration to the defendant and each item thereof; that no meritorious defense exists to the charge(s) to which the defendant is pleading Guilty/No Contest; that I personally observed the defendant fill in and initial each item, or read and initial each item to acknowledge the explanation of the contents of each; that I observed the defendant date and sign the declaration; that I concur in the defendant's above plea and waiver of constitutional rights.

Dated: 9/27/93    Attorney for Defendant

**INTERPRETER'S STATEMENT (If Applicable)**

I, the interpreter in this proceeding, having been duly sworn, truly translated this form and all the questions therein to the defendant in the _____ language. The defendant indicated understanding of the contents of the form and then initialed and signed the form.

Dated: _____    Court Interpreter

**PROSECUTOR'S STATEMENT**

The People of the State of California, plaintiff in the above-entitled criminal case, by and through its attorney, EDWIN L. MILLER, JR., District Attorney, concurs in the defendant's plea of Guilty/No contest as set forth above.

Dated: 9/27/93    Deputy District Attorney

**COURT'S FINDINGS AND ORDER**

The Court, having questioned the defendant concerning the defendant's constitutional rights, finds that the defendant understands these rights and has voluntarily and intelligently waived these constitutional rights. The Court finds that the defendant's plea and admissions are freely and voluntarily made, that the defendant understands the nature of the charges and the consequences of the plea, and that there is a factual basis for the plea. The Court accepts the defendant's plea, and the defendant is hereby convicted on the plea.

Dated: 9/27/93    Judge of the Superior Court

PLEA OF GUILTY/NO CONTEST - FELONY

SUPCT CR-12(Rev. 7-93)    Page two of two