# GOVERNMENT EXHIBIT 2

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF SAN DIEGO

| THE PEOPLE OF THE STATE OF CALIFORNIA,<br>Plaintiff,<br>v.<br>ALEJANDRO ISRAEL VILLA,<br>Defendant(s) | SC No. CR 138217<br>DA No. P 025178<br>INFORMATION<br>FILED<br>KENNETH E. MARTONE<br>Clerk of the Superior Court<br>APR 08 1993<br>By: ____, Deputy<br>WORK COPY |
|---|---|

INFORMATION
SUMMARY

| Ct. No. | Charge | Sentence Range | Defendant | Special Allegation | Alleg. Effect |
|---|---|---|---|---|---|
| 1 | PC187(a) | 25-Life | VILLA, ALEJANDRO ISRAEL | PC12022(a) | +1 |

The District Attorney of the County of San Diego, State of California, accuses the Defendant(s) of committing, in the County of San Diego, State of California, the following crime(s):

COUNT - 1 MURDER

On or about February 28, 1993 ALEJANDRO ISRAEL VILLA did willfully, unlawfully murder GERARDO SOLIVEN, a human being, in violation of PENAL CODE SECTION 187(a).

And, it is further alleged that at the time of the commission and attempted commission of the above offense the said defendant, ALEJANDRO ISRAEL VILLA, was armed with a firearm, to wit, a .38 caliber revolver, within the meaning of Penal Code section 12022(a)(1).

THIS INFORMATION NUMBERED CR          , CONSISTS OF 1 COUNT(S).

Vol man.

EDWIN L. MILLER, JR.
DISTRICT ATTORNEY
County of San Diego,
State of California

By: /s/ JAMES D. PIPPIN

Dated 04/01/1993

Page 1 of Case No. CR

0017