1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Alejandro Israel Villa-Anquiano

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE WILLIAM Q. HAYES)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALEJANDRO ISRAEL VILLA-ANQUIANO,<br><br>　　　　　Defendant. | Case No. 08CR1550-WQH<br><br>DATE:　September 12, 2008<br>TIME:　10:00 a.m.<br><br>**MOTION FOR ORDER SHORTENING TIME** |

　　　　Defendant Alejandro Villa-Anquiano, by and through counsel, Gregory T. Murphy and Federal Defenders of San Diego, Inc., hereby moves this Court for an order shortening by two days the time in which defendant may file his reply to the government's Supplemental Response in Opposition to his Motion to Dismiss the Indictment Due to an Invalid Deportation. This application is based on the Fifth and Sixth Amendments to the United States Constitution and is made for the following reasons.

　　　　(1)　On August 18, 2008, the Court granted the government's request for a continuance to reply more fully to Mr. Villa-Anquiano's motion to dismiss the indictment due to an invalid deportation. The Court ordered the government to file any additional briefing by August 26, 2008 and ordered defense counsel to file any reply by September 2, 2008.

　　　　(2)　On August 26, 2008, the government moved this Court for permission to file the reply one day late in order to incorporate conviction documents the government had not yet received and, therefore, not

/ / /

1 yet discovered to the defense. The Court granted that motion on August 27, 2008, the same day the
2 government filed its response.

3     (3)    Due to technological difficulties, the government was unable to include with its filing all the
4 documents to which its briefing referred. Accordingly, counsel received 116 pages of transcripts late on
5 August 28, 2008.

6     (4)    Counsel is still reviewing this recently discovered criminal history documentation. In order
7 to allow Mr. Villa the seven days originally contemplated by the Court's scheduling order, Mr. Villa asks the
8 Court to shorten by two days the time in which he may file a reply.

9     Respectfully submitted,

10 DATED:    September 2, 2008    /s/ Gregory T. Murphy
**GREGORY T. MURPHY**
11 Federal Defenders of San Diego, Inc.
Attorneys for Alejandro Israel Villa-Anquiano

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | **GREGORY T. MURPHY**
California State Bar No. 245505
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: gregory_murphy@fd.org

5 | Attorneys for Alejandro Israel Villa-Anquiano

8 | UNITED STATES DISTRICT COURT

9 | SOUTHERN DISTRICT OF CALIFORNIA

10 | **(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1550-WQH |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| ALEJANDRO ISRAEL VILLA-ANQUIANO, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Caroline P. Han
Caroline.Han@usdoj.gov, ginger.stacey@usdoj.gov, efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:    September 2, 2008         /s/ Gregory T. Murphy
                                    **GREGORY T. MURPHY**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Alejandro Israel Villa-Anquiano