1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Alejandro Israel Villa-Anquiano

8           UNITED STATES DISTRICT COURT

9           SOUTHERN DISTRICT OF CALIFORNIA

10          **(HONORABLE WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08CR1550-WQH |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| ALEJANDRO ISRAEL VILLA-ANQUIANO, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Caroline P. Han
Caroline.Han@usdoj.gov, ginger.stacey@usdoj.gov, efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:    September 4, 2008          /s/ Gregory T. Murphy
                                     **GREGORY T. MURPHY**
                                     Federal Defenders of San Diego, Inc.
                                     Attorneys for Alejandro Israel Villa-Anquiano